# United States District Court
## Western District of Tennessee

United States of America )
vs )
Michael Szymanski )
)

Fil... ule

05 APR 21 PM 5: __

Case No. 04-20473-01 MI

ROBERT R. DI TRIO
CLERK, U.S. DI ST.
W.D. OF TN, MEMPHIS

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Michael Szymanski, have discussed with Ed Towe / Angela K. Yates, Pretrial Services Officer, modification of my release conditions as follows:

1) Submit to polygraph testing to monitor adherence to conditions of release and commission of sexual offenses as directed by the supervising officer,
2) Employer to be notified of the nature of the instant indictment if internet service is available at place of employment,
3) Submit to sex offender evaluation and treatment if deemed advisable by supervising officer,
4) Refrain from possessing any photographic equipment.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  4/5/05   _____  4/18/05
Signature of Defendant    Date    Pretrial Services/Probation   Date
                                   Officer

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  4/14/05
Signature of Defense Counsel   Date

[✓] The above modification of conditions of release is ordered, to be effective on Ap. 21, 2005

[ ] The above modification of conditions of release is not ordered.

_____  April 21, 2005
Signature of Judicial Officer   Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:04-CR-20473 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Walter L. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT