FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 AUG -1  PM 5: 04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

　　　　Plaintiff,

vs.                                            Criminal No. 2:04cr20473-M1

MICHAEL ANTHONY SZYMANKSI,

　　　　Defendant.

## CONSENT ORDER GRANTING PERMISSION FOR SPECIFIED TRAVEL

This matter came before the Court on oral motion of counsel, Walter L. Bailey, Jr., for the defendant, Michael Anthony Szymanski, that he be allowed to travel from Murfreesboro, Tennessee, to Alpena, Michigan, and Ossineke, Michigan, and return, and for good cause shown;

IT IS HEREBY ORDERED that the defendant, Michael Anthony Szymanski, is granted permission to travel round-trip from Murfreesboro, Tennessee, to Alpena, Michigan, and Ossineke, Michigan, during the dates of August 19, 2005, through August 28, 2005. Travel is limited and the defendant is to be restricted to staying with family members only, and he shall not mingle or associate with anyone outside the scope of family members.

It is so ORDERED this ___1___ day of Aug, 2005.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JON P. McCALLA
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8-2-05_

1



Approved:

*[signature]*

Walter L. Bailey, Jr. (#4868)
Attorney for Defendant
100 North Main Street, Suite 3002
Memphis, TN 38103
(901) 575-8702

*[signature]*

Dan L. Newsom
U. S. Attorney's Office
167 N. Main Street, Suite 800
Memphis, TN 38103
(901) 544-4231

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CR-20473 was distributed by fax, mail, or direct printing on August 2, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Walter L. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT