IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 OCT -6 AM 11: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Cr. No. <u>04-20473-M1</u> |
| MICHAEL SZYMANSKI, | ) |
| Defendant. | ) |

## ORDER

Upon oral motion of the United States of America by and through counsel, Lawrence J. Laurenzi, Acting United States Attorney for the Western District of Tennessee, count 2 of the indictment is hereby dismissed.

IT IS SO ORDERED this ___5___ day of October, 2005.

JON P. McCALLA
United States District Judge

Approved:

Stephen C. Parker, AUSA

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:04-CR-20473 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

Walter L. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT